In The United States District Court S.D.

Earlie B.A. Berry, Jr.,
    Plaintiff

v.

No. 1:19-cv-04166-JMS-DML

Dushan Zatecky, et al.
    Defendants

## Plaintiff's Notice of Transfer and change of address

Plaintiff's New address:    Putnamville Corr. Facility
    1946 West Us Highway 40
    Green Castle, In. 46135

## Certificate of Service

I hereby swear that I E-filed this Notice on 12-13-2019

Earlie B.A. Berry Jr.,
Pro Se

SCANNED at Putnamville and Emailed on
12-13-19 by CW - 1 pages.
(date) (initials) (num)

1.