UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EARLIE B.A. BERRY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04166-JMS-DML ) |
| WEXFORD OF INDIANA, LLC., et al. | ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The defendants' motions for summary judgment are **granted** and judgment is entered in favor of the defendants and against the plaintiff on his complaint.

Date: 8/10/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk
United States District Court

By: Deputy Clerk

Distribution:

EARLIE B.A. BERRY, JR.
932151
ALLEN COUNTY JAIL
417 S. Calhoun St.
Ft. Wayne, IN 46802

Bryan Findley
CASSIDAY SCHADE LLP
bfindley@cassiday.com

Heather Terese Gilbert
CASSIDAY SCHADE LLP
hgilbert@cassiday.com

Amanda Jo Holbrook
Office of the Indiana Attorney General
amanda.holbrook@atg.in.gov