THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

FT WAYNE IN 468
INDIANAPOLIS IN 460
8 AUG 2022

FILED
AUG 19 2022
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

08/16/22

( 1:19-cv-4166 )
EARLIE B.A. BERRY JR.

-R-T-S-  468024217-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

person is not currently...
at the Allen Co...

RETURN TO